JS-6

Tyler J. Woods (State Bar No. 232464)
  twoods@trialnewport.com
Tu-Quyen Pham (State Bar No. 260864)
  rhikida@trialnewport.com
Scott J. Ferrell (State Bar No. 202091)
  sferrell@trialnewport.com
**NEWPORT TRIAL GROUP**
A Professional Corporation
4100 Newport Place, Suite 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC, | Case No.  13-CV-04534 RGK (PLAx) |
| Plaintiff, | **[PROPOSED] ORDER CONFIRMING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| vs. | |
| OPTIMUM NUTRITION, INC., | |
| Defendant | |

1    The Court, having considered the parties' Stipulation for Dismissal

2 Pursuant to Fed. R. Civ. P. 41(a), and good cause appearing therefore, hereby confirms

3 that:

4    • Pursuant to Rule 41(a) of the Federal Rules of Civil Procedures, all claims,

5      counterclaims and defenses in this action are hereby dismissed without prejudice;

6      and

7    • The parties shall bear their own costs, expenses and attorneys' fees.

8    **IT IS SO ORDERED.**

9

10 Dated:  November 21, 2013   By:_____

11                                Hon. R. Gary Klausner
                                 United State District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER CONFIRMING STIPULATION FOR DISMISSAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2013, I electronically filed the foregoing **STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

 /s/*Tyler J Woods*               
Tyler J Woods

**ORDER CONFIRMING STIPULATION FOR DISMISSAL**